**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 554 EAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARVIN MCMILLAN, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.